NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BOBBY J. STEWARD,**
*Plaintiff-Appellant,*

v.

**MICHAEL J. ASTRUE, COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,**
*Defendant-Appellee.*

---

2012-1477

---

Appeal from the United States District Court for the Southern District of Indiana in case no. 11-CV-350, Judge William T. Lawrence.

---

## ORDER

The court considers whether this appeal should be dismissed.

Bobby J. Steward appeals from a decision of the United States District Court for the Southern District of Indiana in an underlying social security retirement benefits matter. This court is a court of limited jurisdiction, and does not appear to have jurisdiction over this appeal. The court also notes that Seward indicated in a filing he submitted to the United States Court of Appeals for the

Seventh Circuit entitled "Incorrect Docketing of Appeal" that he "has not submitted, nor intends to submit an appeal to the Seventh Circuit Court of Appeals, concerning the decision of the U.S. District Court." In response to this filing, the United States Court of Appeals for the Seventh Circuit closed the appeal and issued mandate.

Accordingly,

IT IS ORDERED THAT:

(1) The parties are directed to respond within 21 days from the date of filing of this order concerning whether this petition should be dismissed.

(2) The briefing schedule is stayed.

FOR THE COURT

JUL 17 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Bobby J. Steward
    Shelley D. Weger, Esq.

s26

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 17 2012

JAN HORBALY
CLERK